FILED
2008 Oct-31 PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOE DANIEL HOLT, JR.,** | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:08-cv-1364-RDP-JEO |
| | ) |
| **LIMESTONE COUNTY SHERIFF'S DEPT.** | ) |
| and **COMMUNITY NEWSPAPER HOLDINGS,** | ) |
| **INC.,** | ) |
| | ) |
|    **Defendants.** | ) |

## MEMORANDUM OF OPINION

      The magistrate judge filed a report and recommendation on October 21, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b).  Plaintiff filed objections to the report and recommendation on October 27, 2008, arguing that the recommendation is "preventing [him] from recovering damages for humiliation or anxiety, embarrassment, effect on reputation, and loss of social standing." (Document 13 at 1).  Plaintiff further contends that he has established a prima facie case of defamation under Alabama law, argues that he is entitled to common law damage remedies, and makes the conclusory assertion that the magistrate judge's recommendation is denying him the equal protection of the laws under the Fourteenth Amendment.  *Id*. at 2.

      The undersigned concurs with the magistrate judge's determination that defamation does not give rise to a claim under 42 U.S.C. § 1983, and, moreover, that neither Defendant is subject to suit in this proceeding.  Accordingly, having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is

**ACCEPTED**.  The complaint is therefore due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

**DONE** and **ORDERED** this ___31st___ day of October, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE